IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COLE, | ) | |
| | ) | Civil Action No. 04 - 170J |
| Plaintiff, | ) | |
| | ) | Judge Kim R. Gibson / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| ROBERT J. MUNION, et al, | ) | |
| | ) | |
| Defendant . | ) | |
| | ) | |

## **ORDER**

**IT IS ORDERED** this 20th day of July, 2006, that a Scheduling Conference is set before the undersigned on **July 31, 2006 at 2:00 PM** in Courtroom 7B of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **July 27, 2006.**

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc:   Edward T. Iseman
      202 East Union Street
      Somerset, PA 15501
      Email: etiesq@hotmail.com


      Mary Lynch Friedline
      Office of the Attorney General
      564 Forbes Avenue
      6th Floor, Manor Complex
      Pittsburgh, PA 15219
      Email: mfriedline@attorneygeneral.gov